UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-046-E

No. 23-1214

NATIONAL SHOOTING SPORTS FOUNDATION

v.

ATTORNEY GENERAL NEW JERSEY,
Appellant

(D.N.J. No. 3-22-cv-06646)

Present:  HARDIMAN and BIBAS, Circuit Judges

1. Motion filed by Appellant Attorney General New Jersey to stay pending appeal.

2. Letter from Attorney Michael L. Zuckerman, Esq. for Appellant Attorney General New Jersey Informing Court of District Court's Denial of Motion for Stay Pending Appeal.

3. Response filed by Appellee National Shooting Sports Foundation in Opposition to Emergency Motion for Stay Pending Appeal.

4. Reply by Appellant in Support of Motion for Stay Pending Appeal.

Respectfully,
Clerk/JK

_____ORDER_____

Appellant's Emergency Motion for Stay Pending Appeal is GRANTED IN PART and DENIED IN PART as follows. While the appeal is pending, the District Court's preliminary injunction (ECF No. 18) is stayed in these respects:

a) The Attorney General of New Jersey, Matthew J. Platkin, and any state officers acting in concert with him or under his direction or authority may continue to enforce N.J. Stat. Ann. § 2C:58-35 against

anyone other than National Shooting Sports Foundation, its members, or their agents or licensees.

b) The Attorney General of New Jersey, Matthew J. Platkin, and any state officers acting in concert with him or under his direction or authority may also continue to enforce N.J. Stat. Ann. § 2C:58-35 against anyone who does not qualify as a "manufacturer," "seller," or "trade association" within the meaning of 15 U.S.C. § 7903(2), (6), (7).

c) The Attorney General of New Jersey, Matthew J. Platkin, and any state officers acting in concert with him or under his direction or authority may also continue to enforce N.J. Stat. Ann. § 2C:58-35 in cases not predicated on harm "resulting from the criminal or unlawful misuse of a qualified product by the person or a third party" within the meaning of 15 U.S.C. § 7903(5)(A).

d) And the Attorney General of New Jersey, Matthew J. Platkin, and any state officers acting in concert with him or under his direction or authority may continue to enforce N.J. Stat. Ann. § 2C:58-35 by bringing actions that fall within the exceptions set forth in 15 U.S.C. § 7903(5)(A)(ii), (iii)(I), or (iii)(II).

The remainder of the stay request is DENIED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: March 10, 2023
PDB/JK/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk