# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-046-E

No. 23-1214

## NATIONAL SHOOTING SPORTS FOUNDATION

v.

## ATTORNEY GENERAL NEW JERSEY,
Appellant

(D.N.J. No. 3-22-cv-06646)

Present: HARDIMAN and BIBAS, Circuit Judges

1. Unopposed Motion filed by Appellant Attorney General New Jersey to Expedite Consideration of This Appeal.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing motion is GRANTED. Appellant's Opening Brief and Joint Appendix are due by March 31, 2023. Appellee's Brief is due by May 1, 2023 and Appellant's Reply Brief is due by May 15, 2023. The Clerk of this Court is directed to set this case down for submission in June 2023. No extension of time will be granted absent exigent circumstances. This panel, supplemented by another judge, will serve as the merits panel for this appeal.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: March 10, 2023
PDB/JK/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk