OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 13, 2023

Paul D. Clement, Esq.
Erin E. Murphy, Esq.
Timothy Sheehan, Esq.
Michael L. Zuckerman, Esq.

RE: National Shooting Sports Foundation v. Attorney General New Jersey
Case Number: 23-1214
District Court Case Number: 3-22-cv-06646

Dear Counsel:

The above-entitled case has been listed **at the convenience to the Court** and will be scheduled after briefing has been completed.

At the time that the Court schedules a disposition date, the panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Tricia Harris*

Tricia Harris
Calendar Clerk
267-299-4905