# No. 23-1214

## United States Court of Appeals
### For the Third Circuit

**NATIONAL SHOOTING SPORTS FOUNDATION,**

*Plaintiff-Appellee,*

- *v* -

**MATTHEW PLATKIN, Attorney General of New Jersey,**

*Defendant-Appellant.*

**On Appeal from the United States
District Court for the District of New
Jersey**
No. 3:22-cv-06646-ZNQ

## BRIEF OF AMICUS CURIAE COUNTY PROSECUTOR'S ASSOCIATION OF NEW JERSEY

JEFFREY H. SUTHERLAND
*Cape May County Prosecutor
President, County Prosecutor's
Association NJ*

LAURA SUNYAK
*Assistant Mercer County Prosecutor*

GRETCHEN PICKERING
*Assistant Cape May County Prosecutor*

ROBERT J. LOMBARDO
*Assistant Morris County Prosecutor*

MONICA DO OUTEIRO
*Assistant Monmouth County Prosecutor*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ........................................................................iii

INTEREST OF AMICUS CURIAE ............................................................ 1

ARGUMENT

The Public Nuisance Statute Promotes Public Safety and
Provides Important Local Benefits by Preventing Gun
Trafficking and Violence in New Jersey ......................................... 5

    A. Gun Violence Imposes Serious Local Harms ..................... 6

    B. Gun Trafficking Drives Gun Violence ............................... 7

    C. The Gun-Related Public Nuisance Statute Provides
    Significant Local Benefits to New Jersey by Reducing
    Gun Trafficking and Gun Violence ...................................... 17

CONCLUSION .................................................................................... 24

# TABLE OF AUTHORITIES

## Cases

*Bell v. Cheswick Generation Station,*
  734 F.3d 188 (3rd Cir. 2013) ............................................................ 25

*Cf. Banks v. Hyatt Corp.,*
  722 F.2d 214, 226 (5th Cir. 1984) ...................................................... 25

*Freedom Holdings, Inc. v. Cuomo,*
  624 F.3d 38, 67 (2d Cir. 2010) ........................................................... 25

*Instructional Sys. V. Comput. Curriculum Corp.,*
  35 F.3d 813 (3d Cir. 1994) ................................................................. 25

## Statutes

N.J. Stat. Ann. § 2C:58-35 ..................................................... passim

N.J.S.A. 2C:39-1 ................................................................................ 10

18 U.S.C. § 923(g)(1)(B)(ii) ............................................................. 29

## Other Authorities

Allen K. Rostron, *Book Review: Lawyers, Guns, & Money: The Rise and
  Fall of Tort Litigation Against the Firearms Industry,* 46 Santa Clara
  Law Rev. 481, 496-98 (2006) ........................................................ 26

Blake Nelson, *N.J. Seizes 13 'Ghost Gun" Kits from Couple Traveling from
  P.A., Police Say* .......................................................................... 22

Brian Freskos et al., *The ATF Catches Thousands of Lawbreaking Gun
  Dealers Every Year. It Shuts Down Very Few,*
  The Trace (May 26, 2021). .......................................................... 17

Brian Saunders, *Philadelphia arrests gunmaker as Biden regulates ghost
  guns,* Phila. Trib. (Apr. 11, 2022) ............................................... 21

Chelsea Parsons and Eugenio Weigend Vargas, *Stolen Guns in America:*

*A State-by-State Analysis*
(Washington: Center for American Progress, 2017) .............................. 18

Chris Hacker et al., *Fire Sale: Dealers Rush to Sell Ghost Gun Parts Before Restrictions Take Effect*, CBSNews.com (Aug. 24, 2022) ........... 20

Collen O'Dea, *Interactive Map: Where Crime Guns Have Been Recovered in New Jersey,* NJ Spotlight News (July 24, 2019) . .............................. 15

Daniel W. Webster et al., *Effects of State-Level Firearm Accountability Policies on Firearm Trafficking*, 86 No. 4 J. Urban Health 525, 525 (2009), .................................................................................................. 17

David I. Swedler et al., *Firearm Prevalence and Homicides of Law Enforcement Officers in the United States,* 105 No. 10 Amer. J. Public Health 2042, 2045 (2015)........................................................................ 26

Emma Tucker and Priya Krishnakumar, *States With Weaker Gun Laws Have Higher Rates of Firearm Related Homicides and Suicides, Study Finds*, CNN.com (May 27, 2022) ......................................................... 27

Everytown for Gun Safety, *Ghost Guns* ................................................. 19

Everytown for Gun Safety, *Untraceable: The Rising Specter of Ghost Guns* 13 (2020) ......................................................................................... 21

*Federal Firearms Licensee Theft/Loss Report – 2021*, Bureau of Alcohol, Tobacco, Firearms, and Explosives ........................................................ 18

*Firearms Research: Homicide*, Harvard Injury Control Research Center .................................................................................................... 26

*Firearms Trace Data – 2019,* Bureau of Alcohol, Tobacco, Firearms and Explosives ............................................................................................... 18

*Firearms Trace Data – 2021*, Bureau of Alcohol, Tobacco, Firearms, and Explosives ............................................................................................... 19

Frequently Asked Questions About Gun Trafficking, *Gun Violence Prevention FAQs*, (Washington: Center for American Progress, 2021) . 16

iv

Garen Wintermute, *Firearm Retailers' Willingness to Participate in an Illegal Gun Purchase*, 87 No. 5 J. Urban Health 865 (2010) . ............... 16

Giffords Law Center, *Trafficking and Straw Purchasing* ........................ 10

Glenn Thrush, *New Federal Rule Has Done Little to Stem Spread of 'Ghost Guns'*, N.Y. Times, Dec. 16, 2022 ............................................... 24

*Gun Safety Policies Save Lives*, Everytown for Gun Safety ......... 27

Gun Violence Archive ......................................................................... 13, 14

*Gun Violence in New Jersey* ...................................................................... 13

Gun Violence Prevention FAQs ........................................................ 10, 15

*How Gun Traffickers Get Around State Gun Laws*, New York Times .... 18

*How Guns Flow from Legal to Illegal Commerce* ..................................... 11

*Inspections of Firearms Dealers by the Bureau of Alcohol, Tobacco, Firearms and Explosives*, Inspector General of the United States Department of Justice, i-ii (2004) .......................................................... 29

James Dao, *Under Legal Siege, Gun Maker Agrees to Accept Curbs*, N.Y. Times (March 18, 2000) ...................................................... 26

Jeff Pegues, *Rise in crime fueled in part by 'ghost' guns, ATF says*, CBS News (Feb. 2, 2022) .................................................................. 21

Jon S. Vernick et al., *Availability of Litigation as a Public Health Tool for Firearm Injury Prevention: Comparison of Guns, Vaccines, and Motor Vehicles*, 97 No. 11 Am. J. Public Health 1991, 1992 ................... 26

JSDSupply, *Stealth Arms Parts & Kits* ..................................................... 21

Michael Siegel et al., *The Relationship Between Gun Ownership and Firearm Homicide Rates in the United States, 1981–2010*, 103 No. 11 Amer. J. Public Health 2098, 2098 (Oct. 9, 2013) ........................... 26

New Jersey appendix, *National Firearms Commerce and Trafficking Assessment: Crime Guns* ......................................................... 18

New Jersey State Health Assessment Data, *Health Indicator Report of Deaths due to Firearm-related Injury* ..................................................... 13

NPF Report 2 ......................................................................................... 21

Office of the Attorney General, *Acting AG Bruck Announces Indictment of Three Men Charged with Trafficking Untraceable "Ghost Guns" from Pennsylvania into New Jersey* ............................................................. 23

Ovetta Wiggins, *Baltimore plans to sue 'ghost gun' part maker as state law takes effect,* Wash. Post (May 31, 2022) ......................................... 21

*Reducing Illegal Firearms Trafficking,* U.S. Dept. of Justice, Bureau of Justice Assistance ix (2000) .............. 16

Roni Caryn Rabin, *Gun-Related Suicides and Killings Continued to Rise in 2021, C.D.C. Reports,* N.Y. Times (Oct. 6, 2022) ................................... 13

Ryan Hill, *'Ghost guns are everywhere': San Diego's firefight continues to get ghost guns off of the street,* ABC 10 News (Feb. 19, 2022) ............ 21

*Sponsor's Statement to S.1893,* 220th Legislature ................................... 12

Steven N. Durlauf and Daniel S. Nagin, *The Deterrent Effect of Imprisonment, in Controlling Crime: Strategies and Tradeoffs,* 43, 43-44 (Philip J. Cook et al. eds., 2011) ............................................ 28

Susan B. Sorenson and Daniel W. Webster, *What Works: Policies to Reduce Gun Violence, in Gun Violence: Prediction, Prevention, and Policy,* 27 (American Psychological Association ed., 2013) ................... 27

Susan B. Sorenson and Katherine A. Vittes, *Buying a Handgun for Someone Else: Firearm Dealer Willingness to Sell,* Injury Prevention 9, no. 2 (2003) ......................................................................................... 17

Travis Taniguchi et al., Nat'l Police Found., *The Proliferation of Ghost Guns: Regulation Gaps and Challenges for Law Enforcement* 15 (2021) ............................................................................................................. 20

U.S. Department of the Treasury and Bureau of Alcohol, Tobacco and Firearms, *"Following the Gun: Enforcing Federal Laws Against Firearms Traffickers"* (Washington: 2000) .......................................... 14

United States Attorney's Office, *District of New Jersey, Four New Jersey Men Charged with Roles in 'Ghost Gun' Trafficking Network* (January 31, 2023) ...................................................................................... 23

Webster, *Effects of State-Level Firearm Seller Accountability* ........... 26, 29

## INTEREST OF AMICUS CURIAE

The County Prosecutor's Association of New Jersey ("CPANJ"). submits this brief as amicus curiae in support of defendant-appellant Matthew Platkin, Attorney General of New Jersey The parties have consented to the filing of this amicus brief.[1]

Plaintiff National Shooting Sports Foundation seeks to enjoin the enforcement of N.J. Stat. Ann. § 2C:58-35. The New Jersey Legislature enacted this statute as a vital mechanism in New Jersey's fight against gun violence. The statute allows the Attorney General to address injuries to public health and seek relief for public nuisance violations by members of the gun industry who engage in unlawful or unreasonable business practices or fail to establish reasonable controls relating to the manufacturing, distribution, importing, or marketing of a gun-related product.[2] As the Attorney General argued, the Protection of Lawful Commerce in Arms Act ("PLCAA") does not justify enjoining § 2C:58-35 on its face and impeding the efforts of the members of CPANJ to stop

---

[1] This brief has been authored independently of any party's counsel. CPANJ received no money from a party, a party's counsel, or any other outside source to fund the preparation or submission of this brief.

[2] N.J. Stat. Ann. § 2C:58-35.

misconduct related to firearm sales and that endanger the health and safety of the citizens of New Jersey.

CPANJ has a direct interest in the continuing validity of this gun-related public nuisance statute. CPANJ is comprised of the twenty-one County Prosecutors leading all twenty-one of New Jersey's prosecutor's offices. CPANJ's goal is to promote the orderly administration of criminal justice within the State and the fair and effective enforcement of the constitution and laws of this State through the cooperation of all law enforcement agencies.

The twenty-one County Prosecutors are charged with the great task of enforcing the criminal laws of New Jersey, one of the most densely populated states in the country, which is home to almost 9.5 million residents. The fight against gun violence has risen to the forefront of priorities of both New Jersey's leaders and CPANJ's members.[3] The members of CPANJ routinely prosecute defendants throughout the State who use firearms in the commission of violent crimes, including murders, attempted murders, aggravated assaults, and robberies. The County Prosecutors and their teams are also charged with the enforcement of laws that criminalize

---

[3] https://www.njoag.gov/programs/combatting-gun-violence/.

2

unlicensed possession of firearms, the possession of firearms with the intent to use them unlawfully, and the possession of dangerous and unusual firearms. *See* N.J.S.A. 2C:39-1, et seq.

However, criminal prosecutions of crimes relating to the possession and use of firearms are but one tool in law enforcement's arsenal against the gun violence plaguing New Jersey and the nation. CPANJ vehemently believes that another critical component in this fight is to end gun trafficking, the movement of guns from legal to illegal streams of commerce.[4] Almost every gun used in a crime throughout the nation starts off as a legal firearm that then finds its way into the hands of a criminal.[5] Gun trafficking undermines the strong gun laws that New Jersey has enacted, and is a major driver of violent crimes in this state and others, including homicides with guns.[6]

Once-legal guns are then diverted into the hands of criminals through

---

[4]  Giffords Law Center, *Trafficking and Straw Purchasing*, https://giffords.org/lawcenter/gun-laws/policy-areas/crime-guns/trafficking-straw-purchasing (last accessed March 30, 2023).

[5]  Gun Violence Prevention FAQs, https://www.americanprogress.org/article/frequently-asked-questions-gun-trafficking/ (last visited March 30, 2023).

[6]  Giffords Law Center, *Trafficking and Straw Purchasing*, https://giffords.org/lawcenter/gun-laws/policy-areas/crime-guns/trafficking-straw-purchasing (last accessed March 30, 2023).

three common avenues: straw purchases, secondary sales through private sellers, and theft from gun owners and firearm dealers.[7] These diverted firearms frequently end up in the hands of people prohibited from otherwise legally obtaining them, *e.g.,* those previously convicted of certain crimes or individuals with serious mental health issues, who then use these illegal guns to commit serious and oftentimes violent offenses.

CPANJ joins the Attorney General in the fight against gun traffickers' efforts to profit from putting dangerous firearms into the hands of criminals. N.J. Stat. Ann. § 2C:58-35 is a necessary tool to put an end to such a practice. While prosecuting the possessors and users of illegal firearms is an important component in the fight, § 2C:58-35 provides critical safeguards that will hamper gun traffickers efforts in profiting from moving legal guns into illegal channels. Thus, a vital part of a comprehensive approach to defeating gun violence in New Jersey is the obligation the statute imposes upon gun distributors, requiring them to ensure that the firearms are not a threat to public safety.

N.J. Stat. Ann. § 2C:58-35 was enacted to allow the Attorney General

---

[7] *How Guns Flow from Legal to Illegal Commerce,* https://www.atf.gov/resource-center/infographics/how-guns-flow-legal-illegal-commerce (last accessed March 30, 2023).

4

greater authority to address injuries to public health and safety caused by bad actors within the firearm industry. If industry members are called upon to take reasonable measures to ensure that firearms are only legally obtained and possessed and, therefore, kept out of the hands of criminals and those inclined to use them illegally, those efforts will provide a significant benefit to New Jersey's law enforcement agencies, the members of CPANJ, and the citizens that we serve.

## ARGUMENT

### N.J. STAT. ANN. § 2C:58-35 PROMOTES PUBLIC SAFETY AND PROVIDES IMPORTANT BENEFITS BY HELPING TO PREVENT GUN TRAFFICKING AND VIOLENCE IN NEW JERSEY

The statute at issue prohibits members of the gun industry from "contributing to a public nuisance" in New Jersey through the "sale, manufacturing, distribution, importing or marketing" of a gun-related product. The Legislature enacted this prohibition specifically to address "injuries to public health and safety caused by the firearm industry."[8] The obligations upon gun industry members created by the statute provides significant benefits that, in conjunction with the laws that criminalize possession of firearms and their illegal use, bolster the efforts of law

---

[8] *Sponsor's Statement to S.1893*, 220th Legislature (March 3, 2022).

enforcement agencies and the members of CPANJ to respond to and prevent gun violence in our communities.

## A. Gun Violence Creates Serious Harms to Society

It is beyond dispute that gun violence is, and has been, a serious threat to public safety throughout the nation. New Jersey is no exception. In an average year, 439 people die and 1,398 are wounded by guns in the State of New Jersey.[9] While the proliferation of firearms is a nationwide issue, in the near decade between 2011 and 2020, firearms caused 4,142 deaths in New Jersey alone.[10] Across the nation, the rate of firearm related deaths is increasing. In 2019, there were 39,328 homicide and suicide deaths in the United States caused by firearms.[11] In 2020, that number rose to 43,675, and in 2021, the number of homicide and suicide deaths caused by firearms jumped to 47,286.[12]

---

[9] *Gun Violence in New Jersey*, https://everystat.org/wp-content/uploads/2019/10/Gun-Violence-in-New-Jersey.pdf (last visited March 28, 2023).

[10] New Jersey State Health Assessment Data, *Health Indicator Report of Deaths due to Firearm-related Injury*, https://www-doh.state.nj.us/doh-shad/indicator/view/Firearm.AA.html (last visited March 28, 2023).

[11] Gun Violence Archive, https://www.gunviolencearchive.org (last visited March 28, 2023).

[12] Roni Caryn Rabin, *Gun-Related Suicides and Killings Continued to Rise in 2021, C.D.C. Reports*, N.Y. Times (Oct. 6, 2022), https://www.nytimes.com/2022/10/06/health/guns-homicides-suicides-

Unfortunately, our children are not spared the dangers caused by illegal firearms. In New Jersey, between 2014 and 2023, 124 children and teens were killed by guns, and 465 were injured.[13] Measures such as those contained in N.J. Stat. Ann. § 2C:58-35, designed to stem the tide of gun violence and protect the most vulnerable members of our safety, are of paramount importance.

## B. Gun Trafficking Leads to Gun Violence

As "[v]irtually every crime gun in the United States starts off as a legal firearm,"[14] the need to prevent gun trafficking is a crucial step in the path toward reducing and eliminating gun-related crime. In the 18-month period between January 2018 and June 2019, New Jersey law enforcement agencies recovered 5,012 "crime guns" – that is, guns that were recovered in connection with a crime. More than 1,300 people were shot, and 227 killed, during that same time period.[15] Of the 4,685 total guns recovered

---

cdc.html.

[13] Gun Violence Archive, https://www.gunviolencearchive.org/congress/nj (last visited March 28, 2023).

[14] U.S. Department of the Treasury and Bureau of Alcohol, Tobacco and Firearms, *Following the Gun: Enforcing Federal Laws Against Firearms Traffickers"* (Washington: 2000), available at https://www.hsdl.org/?abstract&did=1622.

[15] Collen O'Dea, *Interactive Map: Where Crime Guns Have Been Recovered in New Jersey,* NJ Spotlight News (July 24, 2019),

and traced in New Jersey in 2021, over 27 percent were recovered within a relatively short "time-to-crime" period – the time between when a gun is first purchased at retail and when it is used in connection with a crime.[16] Law enforcement officials consider guns that have a time-to-crime of three years or less to likely have been trafficked, as the purchase of a gun shortly before it was used in a crime suggests it was purchased for that purpose.[17]

The strictures enacted by N.J. Stat. Ann. § 2C:58-35 take aim, in part, at the common ways trafficked guns enter into illegal streams of commerce: straw purchases, private, unregulated gun sales, and theft from licensed dealers. Straw purchases occur when an individual who is legally able to purchase a firearm does so, through the proper and legal channels, but on behalf of someone else – usually someone who is legally prohibited from himself buying a firearm or who does not want to leave behind a paper trial of his firearm purchase.[18] Unfortunately, many legal gun sellers have

---

https://www.njspotlightnews.org/2019/07/19-07-23-state-data-provides-sobering-glimpse-of-illegal-guns-in-nj/.

[16] Firearms Trace Data: New Jersey – 2021, https://www.atf.gov/resource-center/firearms-trace-data-new-jersey-2021; Gun Violence Prevention FAQs, https://www.americanprogress.org/article/frequently-asked-questions-gun-trafficking/ (last visited March 30, 2023).

[17] *Ibid.*

[18] *Ibid.*

proven to be willing to knowingly sell guns to straw purchasers. One study found that one in five of the gun dealers were willing to sell firearms to individuals who explicitly asked to buy the gun on behalf of another person, without completing the requisite paperwork or conducting a background check on the intended user of the firearm.[19]

Other firearms are trafficked and sold to criminals from licensed sellers of firearms who choose to operate outside of the law and sell guns "off the books," without conducting background checks or completing any of the necessary paperwork.[20] As of January 2021, there were more than 131,00 federal firearm licensees (FFLs), individuals licensed to engage in the business of manufacturing, importing, and/or dealing in firearms. [21] A 2015 to 2017 study of 2,000 gun dealer inspections conducted by the ATF found that more than half of the dealers sold firearms without a proper

---

[19] Garen Wintermute, *Firearm Retailers' Willingness to Participate in an Illegal Gun Purchase*, 87 No. 5 J. Urban Health 865 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2937134.

[20] *Reducing Illegal Firearms Trafficking*, U.S. Dept. of Justice, Bureau of Justice Assistance ix (2000), https://www.ojp.gov/pdffiles1/bja/180752.pdf.

[21] Frequently Asked Questions About Gun Trafficking, *Gun Violence Prevention FAQs*, (Washington: Center for American Progress, 2021) https://www.americanprogress.org/article/frequently-asked-questions-gun-trafficking/ (last visited March 30, 2023).

background check, and more than 200 dealers sold firearms to individuals
that explicitly indicated they were prohibited from owing guns. Still more
dealers sold weapons to convicted felons and domestic abusers, lied to
investigators, and forged records to hide their illegal conduct.[22] Another
study found that "corrupt retail gun dealers accounted for more guns
diverted into the illegal market than any other single trafficking channel."[23]
Although a "very small proportion of gun dealers sell the majority of guns
traced to crime,"[24] a national phone survey of retail gun dealers found that
half of those dealers "indicated a willingness to make a sale under
circumstances of questionable legality."[25]

Firearms traffickers also obtain firearms through theft. An estimated
300,000 guns are stolen from gun dealers and private gun owners every

---

[22] Brian Freskos et al., *The ATF Catches Thousands of Lawbreaking Gun Dealers Every Year. It Shuts Down Very Few*, The Trace (May 26, 2021), https://www.thetrace.org/2021/05/atf-inspection-report-gun-store-ffl-violation.

[23] Daniel W. Webster et al., *Effects of State-Level Firearm Accountability Policies on Firearm Trafficking*, 86 No. 4 J. Urban Health 525, 525 (2009), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2704273.

[24] Susan B. Sorenson and Katherine A. Vittes, *Buying a Handgun for Someone Else: Firearm Dealer Willingness to Sell*, Injury Prevention 9, no. 2 (2003): 147–150.

[25] *Ibid.*

year. These stolen guns are frequently used in the commission of violent crimes.[26] ATF data illustrates that from 2012 to 2019, more than 17,000 crime guns that were recovered and traced had been reported stolen or missing by licensed gun dealers.[27] In 2021 alone, federal firearm licensees reported 10,325 firearms as lost or stolen.[28] In New Jersey, between 2017 and 2021, FFLs reported 56 stolen firearms.[29]

Those lost, stolen, or improperly distributed firearms can be sent through the "Iron Pipeline," which is a common gun trafficking route up Interstate 95 from southern states, with weaker gun laws to New Jersey and surrounding areas.[30] "In New York and New Jersey, which have some

---

[26] Chelsea Parsons and Eugenio Weigend Vargas, *Stolen Guns in America: A State-by-State Analysis* (Washington: Center for American Progress, 2017), available at https://americanprogress.org/issues/guns-crime/reports/2017/07/25/436533/stolen-guns-america/.

[27] *Firearms Trace Data – 2019,* Bureau of Alcohol, Tobacco, Firearms and Explosives, available at https://www.atf.gov/resource-center/firearms-trace-data-2019 (last accessed March 30, 2023).

[28] *Federal Firearms Licensee Theft/Loss Report – 2021*, Bureau of Alcohol, Tobacco, Firearms, and Explosives, https://www.atf.gov/resource-center/federal-firearms-licensee-theftloss-report-2021 (last updated Jan. 18, 2022).

[29] New Jersey appendix, *National Firearms Commerce and Trafficking Assessment: Crime Guns,* available at https://www.atf.gov/firearms/docs/report/new-jersey-state-report/download.

[30] *How Gun Traffickers Get Around State Gun Laws*, New York Times,

of the strictest gun laws in the country, more than two-thirds of guns tied to criminal activity were traced to out-of-state purchases in 2014."[31] In 2021, according to ATF firearm trace data, the top five source states for firearms recovered in New Jersey were: New Jersey (520 firearms recovered); Pennsylvania (496 firearms recovered); Georgia (409 firearms recovered); South Carolina (309 firearms recovered); and Virginia (297 firearms recovered).[32] Controls that prevent theft and inhibit diversion of guns into illegal channels are vital to reducing the quantity of guns that become available for criminals to use to commit crimes.

In addition to those well-established channels of gun trafficking, a new threat has recently arisen: ghost guns, a "do-it-yourself, homemade gun made from easy-to-get building blocks that can be purchased with no background check and no questions asked."[33] As these guns are assembled without serial numbers by an individual, not a federally licensed

---

available at: https://www.nytimes.come/interactive/2015/11/12/us/gun-traffickers-smuggling-state-gun-laws.html (last accessed April 3, 2023).
[31] *Ibid.*
[32] *Firearms Trace Data – 2021*, Bureau of Alcohol, Tobacco, Firearms, and Explosives, available at: https://atf.gov/resource-center/firearms-trace-data-new-jersey-2021 (last accessed April 3, 2023).
[33] Everytown for Gun Safety, *Ghost Guns*, available at https://www.everytown.org/issues/ghost-guns/.

manufacturer or importer, they are virtually untraceable.[34] For these reasons, ghost guns are popular among criminals, traffickers, and other persons who are legally prohibited from possessing firearms or who intend to use them for unlawful purposes.

The number of ghost guns is skyrocketing across the nation. For example, in 2018, six different police agencies reported the following ghost gun recovery numbers: San Diego (53), the District of Columbia (25), Chicago (21), New York City (18), Philadelphia (17), and Prince George's County, Maryland (17).[35] Three years later, in 2021, those numbers skyrocketed, even in states that regulate ghost guns, with those same agencies reporting astonishing ten- to 30-fold increases: San Diego (545), District of Columbia (489), Chicago (455), New York City (225), Philadelphia (571), and Prince George's County (264).[36]

---

[34] Chris Hacker et al., *Fire Sale: Dealers Rush to Sell Ghost Gun Parts Before Restrictions Take Effect*, CBSNews.com (Aug. 24, 2022), https://www.cbsnews.com/pittsburgh/news/ghost-guns-new-restrictions.

[35] Travis Taniguchi et al., Nat'l Police Found., *The Proliferation of Ghost Guns: Regulation Gaps and Challenges for Law Enforcement* 15 (2021) (hereinafter "NPF Report"), https://bit.ly/3yLOFLz.

[36] *See* Ryan Hill, *'Ghost guns are everywhere': San Diego's firefight continues to get ghost guns off of the street*, ABC 10 News (Feb. 19, 2022), https://bit.ly/3M6YcjS (San Diego); Data on file with the Metropolitan Police Department (current as of December 5, 2022) (District of Columbia); Jeff Pegues, *Rise in crime fueled in part by 'ghost' guns, ATF says*, CBS

The number of sellers of ghost guns has also multiplied, making these weapons increasingly accessible to criminals. According to the ATF, there are about 129 companies selling weapon parts kits or partially complete frames or receivers, that operate in 27 states across the country.[37] And, not surprisingly given the increasing numbers of ghost guns nationwide, the number of sellers of ghost guns has been steadily increasing for years.[38] Moreover, weapon parts kits are affordable and easy to assemble, with some costing less than $100 and requiring only basic tools and instructions to build a functional firearm.[39]

The proliferation of ghost gun sellers has allowed individuals to circumvent state gun laws and bring unserialized weapons into New

---

News (Feb. 2, 2022), https://cbsn.ws/3NPmkbp (Chicago and New York City); Brian Saunders, *Philadelphia arrests gunmaker as Biden regulates ghost guns*, Phila. Trib. (Apr. 11, 2022), https://bit.ly/3NCFmTh (Philadelphia); Ovetta Wiggins, *Baltimore plans to sue 'ghost gun' part maker as state law takes effect*, Wash. Post (May 31, 2022), https://wapo.st/3PXsrwU (Prince George's County).

[37] NPF Report 2.

[38] *See* Everytown for Gun Safety, *Untraceable: The Rising Specter of Ghost Guns* 13 (2020), https://bit.ly/3m6LRBt (finding 26 ghost gun sellers in 2014 compared to 80 sellers by 2020).

[39] JSDSupply, *Stealth Arms Parts & Kits*, https://bit.ly/3yhxQGY (last visited March 29, 2023); *see* Polymer80, *80 Lower*, https://bit.ly/3PZCS2M (last visited March 29, 2023)

Jersey. Just a few years ago, ghost guns were rare in New Jersey. But since 2018, New Jersey has seen large increases in the number of ghost guns recovered at crime scenes, from 55 guns in 2019 to 101 in 2020, from 257 in 2021 to 296 in 2022.[40] Nearly all ghost guns recovered in New Jersey were assembled from kits manufactured in other states, and many were used to commit violent crimes, including murder and aggravated assault.[41]

A number of recent cases in New Jersey highlight the real danger that ghost guns pose to our citizens. In 2021, police seized more than a dozen handgun kits that were driven from Pennsylvania into New Jersey, leading to multiple weapons charges.[42] In another 2021 case, three men were indicted for weapons offenses after they transported partially assembled firearms from Pennsylvania and then sold them fully assembled in New Jersey, without serial numbers or proper documentation. During the investigations, these defendants sold a total of six AR-style ghost assault rifles, nine ghost 9mm handguns, nine illegal large-capacity

---

[40] Data on file with New Jersey State Police (current as of November 27, 2022).

[41] Data on file with New Jersey State Police (current as of November 27, 2022).

[42] Blake Nelson, *N.J. Seizes 13 'Ghost Gun'' Kits from Couple Traveling from P.A., Police Say*, available at https://www.nj.com/news/2021/10/nj-seizes-13-ghost-gun-kits-from-couple-traveling-from-pa-police-say.html.

magazines, and one silencer. During search warrant executions, police recovered four more fully assembled ghost handguns – one of which was fully automatic, a fully assembled ghost assault rifle, parts for another ghost handgun, parts for five ghost assault rifles, multiple rounds of ammunition, and nine large-capacity magazines, including 50- and 60-round drum magazines.[43]

And in January 2023, four members of a gun manufacturing and trafficking network operating in Passaic and Hudson counties were charged with weapons offenses during an operation in which police officers conducted nine controlled purchases, resulting in the recovery of 12 firearms, 11 of which were unserialized ghost guns.[44]

Preventing our New Jersey's Attorney General from utilizing N.J. Stat. Ann. § 2C:58-35 would rob our citizens of a powerful tool to address the rising threat of gun violence. While the U.S. Department of Justice has

---

[43] Office of the Attorney General, *Acting AG Bruck Announces Indictment of Three Men Charged with Trafficking Untraceable "Ghost Guns" from Pennsylvania into New Jersey*, https://www.njoag.gov/acting-ag-bruck-announces-indictment-of-three-men-charged-with-trafficking-untraceable-ghost-guns-from-pennsylvania-into-new-jersey/.

[44] United States Attorney's Office, *District of New Jersey, Four New Jersey Men Charged with Roles in 'Ghost Gun' Trafficking Network* (January 31, 2023), https://www.justice.gov/usao-nj/pr/four-new-jersey-men-charged-roles-ghost-gun-trafficking-network.

expressed its own concerns about ghost guns, addressing the proliferation of illegal firearms cannot be left to the federal government only, which is farthest removed from the local harms that these weapons cause.[45] Instead, states must have the legal authority to join their federal partners in ensuring that the laws regulating firearms are fully enforced. N.J. Stat. Ann. § 2C:58-35 empowers New Jersey to do just that. The statute is vital to stemming the flow of illegal guns into CPANJ's communities.

### C. N.J. Stat. Ann. § 2C:58-35 Provides Significant Benefits to New Jersey's Public Safety by Reducing Gun Trafficking and Gun Violence.

This public nuisance statute encourages members of the gun industry to establish reasonable controls and procedures to prevent theft, avoid selling to straw purchasers, and stop illegal, off-the-books sales of firearms, as well as to desist from unlawful or unreasonable practices that harm our communities. By adopting reasonable measures to limit the number of guns that are diverted into the illicit market, fewer guns will fall into criminals' hands. And stemming the flow of unlawful firearms will directly curb deadly gun violence, as our Legislature intended.

---

[45] Glenn Thrush, *New Federal Rule Has Done Little to Stem Spread of 'Ghost Guns'*, N.Y. Times, Dec. 16, 2022 (available at https://www.nytimes.com/2022/12/15/us/politics/ghost-guns-biden.html)

As has been made clear in other contexts, establishing civil liability for unreasonable, unlawful, or irresponsible business practices is a well-established tool to encourage businesses to adopt preventive measures to avoid predictable harms. *Cf. Banks v. Hyatt Corp.*, 722 F.2d 214, 226 (5th Cir. 1984); *see, e.g., Bell v. Cheswick Generation Station*, 734 F.3d 188, 196-98 (3rd Cir. 2013); *Freedom Holdings, Inc. v. Cuomo*, 624 F.3d 38, 67 (2d Cir. 2010); *Instructional Sys. V. Comput. Curriculum Corp.*, 35 F.3d 813, 825 (3d Cir. 1994). Such potential liability has already proven effective at encouraging members of the gun industry to institute business practices that fight trafficking and increase gun safety.

In past years, civil actions against members of the gun industry have resulted in settlement agreements that required gun manufacturers to enact numerous safeguards to protect legal channels of gun sales, such as establishing codes of conduct for authorized dealers and distributors; adding hidden sets of serial numbers on the inside of new guns to make it difficult for criminals to destroy identifying markings; selling safety devices with each handgun; and increasing training for employees.[46] Similarly,

---

[46] James Dao, *Under Legal Siege, Gun Maker Agrees to Accept Curbs*, N.Y. Times (March 18, 2000), https://www.nytimes.com/2000/03/18/us/under-legal-siege-gun-maker-agrees-to-accept-curbs.html; Allen K. Rostron, *Book Review: Lawyers,*

when retail sellers of firearms become vulnerable to lawsuits by state officials for illegal sales, "the flow of new guns into the illicit market often decreases significantly."[47]

Adoption of such safeguards by members of the gun industry meaningfully reduces the flow of illegal guns, thereby directly improving public safety. Undoubtedly, an abundance of firearms is strongly correlated with higher homicide-by-firearm rates.[48] And rather troubling to our law enforcement communities, a large number of guns is also correlated with higher rates of homicide of police officers.[49] The converse is also true –

---

*Guns, & Money: The Rise and Fall of Tort Litigation Against the Firearms Industry*, 46 Santa Clara Law Rev. 481, 496-98 (2006), https://irlaw.umkc.edu/cgi/viewcontent.cgi?article=1655&context=faculty_ works; Jon S. Vernick et al., *Availability of Litigation as a Public Health Tool for Firearm Injury Prevention: Comparison of Guns, Vaccines, and Motor Vehicles*, 97 No. 11 Am. J. Public Health 1991, 1992-93 (2007), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2040374.

[47] Webster, *Effects of State-Level Firearm Seller Accountability*, *supra*, at 526.

[48] Michael Siegel et al., *The Relationship Between Gun Ownership and Firearm Homicide Rates in the United States, 1981–2010*, 103 No. 11 Amer. J. Public Health 2098, 2098 (Oct. 9, 2013), https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2013.301409; *Firearms Research: Homicide*, Harvard Injury Control Research Center, https://www.hsph.harvard.edu/hicrc/firearms-research/guns-and-death (last visited March 31, 2023).

[49] David I. Swedler et al., *Firearm Prevalence and Homicides of Law Enforcement Officers in the United States,* 105 No. 10 Amer. J. Public Health 2042, 2045 (2015),

jurisdictions that limit firearm possession or usage have lower rates of firearm related homicides and suicides.[50]

It stands to reason, then, that reducing the flow of illegal firearms also makes the crimes that do occur significantly less deadly. The presence of a gun during an assault increases the risk of death exponentially. One study determined that assaults involving a gunshot wound resulted in homicide about 17.1% of the time. By contrast, weapon-less assaults, committed using only hands, legs, and feet, resulted in death only 0.009% of the time.[51] Taken together, these statistics indicate that measures such as N.J. Stat. Ann. § 2C:58-35, which are intended to meaningfully limit the number of firearms that end up in the hands of criminals, can significantly

---

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4566543/pdf/AJPH.2015
.302749.pdf.

[50] *Gun Safety Policies Save Lives*, Everytown for Gun Safety, https://everytownresearch.org/rankings (last updated Jan. 12, 2023); Emma Tucker and Priya Krishnakumar, *States With Weaker Gun Laws Have Higher Rates of Firearm Related Homicides and Suicides, Study Finds*, CNN.com (May 27, 2022), https://www.cnn.com/2022/01/20/us/everytown-weak-gun-laws-high-gun-deaths-study/index.html.

[51] Susan B. Sorenson and Daniel W. Webster, *What Works: Policies to Reduce Gun Violence, in Gun Violence: Prediction, Prevention, and Policy*, 27 (American Psychological Association ed., 2013), https://www.apa.org/pubs/reports/gun-violence-report.pdf.

contribute to preventing crime or mitigating its harmful consequences.

Statutes like this serve as an important complement to other federal, state, and local laws that seek to limit the circulation of illegal guns. In particular, the criminal prosecution of gun traffickers and perpetrators of gun violence provides a significant deterrent, especially where the odds of being caught and punished are high.[52] But as we can see from the persistent presence of gun violence in New Jersey, criminal law by itself is not enough. Criminal prosecutions inherently target wrongdoing only after it has already occurred, once the often-times catastrophic harm has already been inflicted. Thus, CPANJ advocates for not only prosecution, but for preventative measures such as that authorized by this statute. The statute is consistent with this broader philosophy of addressing the upstream causes of violent crime to prevent wrongdoing from happening in the first instance. It is also consistent with Community Outreach endeavors to prevent crime.

Other civil regulatory regimes addressing firearms also have gaps that this statute helpfully fills. In particular, "[f]ederal laws require very

---

[52] Steven N. Durlauf and Daniel S. Nagin, *The Deterrent Effect of Imprisonment, in Controlling Crime: Strategies and Tradeoffs*, 43, 43-44 (Philip   J.   Cook et   al.   eds., 2011), https://www.nber.org/system/files/chapters/c12078/c12078.pdf.

high standards of evidence for license revocation or criminal prosecutions of dealers," and "only one compliance inspection per dealer per year is permitted."[53] As for the enforcement of these federal laws, a 2004 report from the Department of Justice's Inspector General concluded that inspections of gun dealers "are infrequent and of inconsistent quality, and follow-up inspections and adverse actions have been sporadic," even "when firearm law violations have been numerous and serious."[54]

Unfortunately, these regulatory issues persist.[55] This statute helps fill this gap because it provides an independent mechanism for encouraging gun industry members to rigorously conduct background checks; maintain proper records of gun sales; secure their products to avoid theft; and decline to sell guns to obvious straw purchasers. It also discourages online sales of firearm parts to individuals who have not undergone a background check, and similarly deters other business practices that have led to the rampant

---

[53] Webster, *Effects of State-Level Firearm Seller Accountability, supra* at 526; *see also* 18 U.S.C. § 923(g)(1)(B)(ii).

[54] *Inspections of Firearms Dealers by the Bureau of Alcohol, Tobacco, Firearms and Explosives*, Inspector General of the United StatesDepartment of Justice, i-ii (2004), https://oig.justice.gov/reports/ATF/e0405/final.pdf.

[55] Freskos, *supra* (in 2020, "the ATF inspected only 5,827 licensed dealers, or 7.5 percent—the "lowest annual inspection rate since 2004," and more than "2,400 of those dealers were found to have committed violations").

proliferation of illegal, untraceable ghost guns.

By encouraging gun industry members to take commonsense, reasonable steps to stop the flow of illegal firearms to criminals, the statute protects the citizens of New Jersey from gun violence. The statute thus provides significant benefits to the efforts of the members of CPANJ to protect the safety of our communities. This Court should reject plaintiffs' arguments and reverse the district court's order.

## CONCLUSION

Based on the foregoing, the order of the district court should be reversed.

Dated:   April 6, 2023

Respectfully submitted,

**JEFFREY H. SUTHERLAND**
*Cape May County Prosecutor*

*President, County Prosecutor's Association NJ*

By:   **LAURA SUNYAK**
Assistant Mercer County Prosecutor

**GRETCHEN PICKERING**
Assistant Cape May County Prosecutor

**ROBERT J. LOMBARDO**
Assistant Morris County Prosecutor

**MONICA DO OUTEIRO**
Assistant Monmouth County Prosecutor

# CERTIFICATE OF COMPLIANCE

The word count for this brief is 4574, excluding the Table of Contents and Table of Authorities. The word processing system used to prepare this brief and to calculate the word count was Microsoft Word. The brief is in Century Schoolbook, a serifed, proportionally spaced typeface. The type size is 14 points in the text, headings, and footnotes. I certify that the brief complies with Rule 32(a)(5)-(7) and Local Rule 32.1.

I hereby certify that the electronic version of this brief is identical to the hard copies submitted to the Court of Appeals for the Third Circuit this day.

I hereby certify that the virus check of this brief was completed using Sophos Endpoint, and no viruses were detected.

I certify that I am a member in good standing of the Bar Association for the Third Circuit Court of Appeals.

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel of record or all parties are registered CM/ECF users ad will be served by the appellate CM/ECF system.

GRETCHEN ANDERSON PICKERING

*Assistant Cape May County Prosecutor*