No. 23-1214

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NATIONAL SHOOTING SPORTS FOUNDATION,

Plaintiff–Appellee,

v.

MATTHEW PLATKIN,

in his official capacity as Attorney General of New Jersey,

Defendant–Appellant.

On Appeal from the United States District Court
for the District of New Jersey
Case No. 3:22-cv-6646, Hon. Zahid N. Quraishi

**ADDENDUM TO BRIEF FOR *AMICUS CURIAE* RYAN BUSSE**

Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
(215) 792-3579
jimdavy@allriselaw.org

*Counsel for Amicus Curiae*

April 10, 2023

# CERTIFICATE OF COMPLIANCE

In addition to the certifications that I made in the copy of the brief filed on April 7, 2023, I further certify that:

The seven (7) paper copies I will serve to the Clerk of Court within the required time will be identical to the electronic version that I filed; and

The brief was scanned for viruses prior to its submission to the Court.

<u>/s/ Jim Davy</u>

Jim Davy

Dated: April 10, 2023

## CERTIFICATE OF SERVICE

I certify that on April 10, 2023 this Addendum to the Brief for *Amicus Curiae*

Ryan Busse was filed using the Court's CM/ECF system. All participants in the case

are registered CM/ECF users and will be served electronically via that system.

<u>/s/ Jim Davy</u>

Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
(215) 792-3579
jimdavy@allriselaw.org