**No.** 23-1214

National Shooting Sports Foundation vs. Matthew J. Platkin

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Idaho, Alabama, Alaska, Arkansas, Georgia, Indiana, Iowa, Kansas, Kentucky, Mississippi, Montana, Nebraska, North Dakota, Ohio, South Carolina, South Dakota, Texas, West Virginia, Wyoming

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)          ☐ Appellant(s)          ☐ Intervenor(s)

☐ Respondent(s)          ☐ Appellee(s)          ☑ Amicus Curiae

(Type or Print) Counsel's Name Joshua N. Turner

☑ Mr.      ☐ Ms.      ☐ Mrs.      ☐ Miss      ☐ Mx.

Firm Idaho Attorney General's Office

Address 700 W Jefferson St

City, State, Zip Code Boise, ID, 83720

Phone 208-334-2400                    Fax

**Primary E-Mail Address (required)** josh.turner@ag.idaho.gov
**Additional E-Mail Address (1)**
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: /s/ Joshua N. Turner

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020