UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1214
_____

NATIONAL SHOOTING SPORTS FOUNDATION

v.

ATTORNEY GENERAL OF NEW JERSEY,
                    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:22-cv-06646)
District Judge: Honorable Zahid N. Quraishi
_____

Argued: June 7, 2023

Before: HARDIMAN, BIBAS, and FREEMAN, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the District of New Jersey and was argued on June 7, 2023.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on January 31, 2023, is **VACATED**. We **REMAND** with instructions to **DISMISS** this action for lack of jurisdiction. Costs will be taxed against Appellee. All of the above in accordance with the Opinion of this Court.

                    ATTEST:

                    s/ Patricia S. Dodszuweit\_\_\_\_
Dated: August 17, 2023           Clerk