UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No. 23-1214

———————————

NATIONAL SHOOTING SPORTS FOUNDATION

v.

ATTORNEY GENERAL OF NEW JERSEY,
                    Appellant

———————————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:22-cv-06646)
District Judge: Honorable Zahid N. Quraishi

———————————

Argued: June 7, 2023

Before: HARDIMAN, BIBAS, and FREEMAN, *Circuit Judges*

———————————

JUDGMENT

———————————

This cause came to be considered on the record from the District of New Jersey and was argued on June 7, 2023.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on January 31, 2023, is **VACATED**. We **REMAND** with instructions to **DISMISS** this action for lack of jurisdiction. Costs will be taxed against Appellee. All of the above in accordance with the Opinion of this Court.

ATTEST:

Dated: August 17, 2023

s/ Patricia S. Dodszuweit_____
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on _____09/08/2023_____

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**